No. 446. MISSISSIPPI VALLEY BARGE LINE Co. *v.* T. L. JAMES & Co., INC., ET AL. C. A. 5th Cir. Certiorari denied. *Selim B. Lemle* and *Charles Kohlmeyer, Jr.* for petitioner. *John W. Sims* for respondents.

No. 454. GREEN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward Bennett Williams, Fred P. Schuman, Schaefer O'Neill* and *William P. Roberts* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 457. FIRST IOWA HYDRO ELECTRIC COOPERATIVE ET AL. *v.* IOWA-ILLINOIS GAS & ELECTRIC Co. ET AL. C. A. 8th Cir. Certiorari denied. *J. Roger Wollenberg* for petitioners. *James J. Lamb* for the Iowa-Illinois Gas & Electric Co., *Harris M. Coggeshall* for the Iowa Power & Light Co., *Maxwell A. O'Brien* for the Iowa Southern Utilities Co., *Clement F. Springer* and *E. Marshall Thomas* for the Interstate Power Co., *Robert H. Walker* for the Union Electric Power Co., *V. Craven Shuttleworth, Tyrrell M. Ingersoll* and *Harry E. Wilmarth* for the Iowa Electric Light & Power Co. et al., and *Byron Spencer, Joseph J. Kelly, Jr.* and *Earl Smith* for the Kansas City Power & Light Co., respondents.

No. 458. SCOTT PAPER Co. *v.* MCALLISTER LIGHTERAGE LINE, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Christopher E. Heckman* for McAllister Lighterage Line, Inc., and *Thomas F. Mount* for the Insurance Company of North America, respondents.